# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WARREN, JR.,** | : CIVIL ACTION NO. 1:17-CV-2310 |
| Petitioner | : (Chief Judge Conner) |
| v. | : |
| **PIKE COUNTY CORRECTIONAL FACILITY**, *et al.*, | : |
| Respondents | : |

## ORDER

AND NOW, this 4th day of November, 2019, upon consideration of the motion (Doc. 27) by petitioner Robert Warren, Jr. ("Warren"), to dismiss the above-captioned habeas corpus proceeding without prejudice, and the court construing the motion as a request for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), see FED. R. CIV. P. 41(a)(2), it is hereby ORDERED that:

1. Warren's motion (Doc. 27) to dismiss without prejudice is GRANTED.

2. Warren's habeas petition (Doc. 1) is DISMISSED without prejudice.

3. The report (Doc. 22) of Magistrate Judge Karoline Mehalchick recommending that Warren's petition (Doc. 1) be dismissed is DEEMED moot.

4. The Clerk of Court is directed to close the above-captioned case.

5. Warren is instructed that, to the extent he intends to file a Section 1983 civil rights action, the complaint must be filed on and accompanied by the appropriate forms, as outlined in the following paragraph.

6. The Clerk of Court shall mail to Warren, together with a copy of this order, the standard Prisoner Civil Rights Complaint, Prisoner Civil Rights Complaint Cover Sheet, Prisoner Disbursement Authorization, and Prisoner *In Forma Pauperis* forms.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania